**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1855**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LLOYD MALLORY,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Senior District Judge.  (1:11-cv-00880-JFM)

Submitted:  April 18, 2012                      Decided:  May 8, 2012

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lloyd Mallory, Appellant Pro Se.  Monika L. Moore, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lloyd Mallory appeals the district court's garnishment disposition order. In his informal brief, Mallory fails to raise any issue directly pertaining to the garnishment order. In fact, Mallory merely argues that this court should grant a stay of the execution of the garnishment order pending resolution of his direct criminal appeal. The court has denied his motion for stay and issued judgment in his direct criminal appeal; thus, his request is now moot. See 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief."); Edwards v. City of Goldsboro, 178 F.3d 231, 241 n.6 (4th Cir. 1999) (issues not raised in opening brief are deemed abandoned). Accordingly, we affirm the district court's order. United States v. Mallory, No. 1:11-cv-00880-JFM (D. Md. filed July 20 & entered July 21, 2011). We further deny Mallory's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED